IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se)<br>4725 Dorsey Hall Dr., A504<br>Ellicott City, MD 21042<br>(410) 300-6502<br><br>     Plaintiff,<br><br>v.<br><br>SECRETARY OF THE ARMY<br>The Pentagon<br>Room 3C718<br>Washington, D.C. 20310<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2143 (HHK) |

## NOTICE OF APPEARANCE

  The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

               Respectfully submitted,

               _____/s/_____
               KEVIN K. ROBITAILLE
               Special Assistant U.S. Attorney
               Civil Division
               555 Fourth St., N.W.
               Washington, D.C.  20530
               202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

GILBERT BLAND (Pro-Se)
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042

on this _____ day of November, 2005.

                      _____/s/_____
                      KEVIN K. ROBITAILLE
                      Special Assistant U.S. Attorney
                      Civil Division
                      555 Fourth St., N.W.
                      Washington, D.C. 20530
                      202-353-9895 / FAX 202-514-8780