UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILBERT BLAND (Pro-Se) :
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042 :
(410) 300-6502
       Plaintiff,
  -vs-                           :     CIVIL ACTION NO. 05-2143HHK

SECRETARY OF THE ARMY        :    **Motion for CM/ECF Password**

The Pentagon
Room 3C718 :
Washington, DC 20310
       Defendant :

    Comes the plaintiff, GILBERT BLAND, in Proper Person, and moves this court for permission to use the CMS Case Filing System. In support hereof, your plaintiff would show that:

1. He has access to the internet via high speed DSL connection.

2. He is able to send documents and receive filings on a regular basis from the defendant electronically in the format required by the court.

3. He currently has a PACER account.

4. He is scheduled to take the CM/ECF training offered by the clerk on December 15th next.

WHEREFORE, your plaintiff respectfully prays the court to grant him access and use of the CM/ECF system and to provide him the necessary password/user ID for said purposes.

RECEIVED
DEC 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail;

1

postage prepaid to:

    KEVIN K. ROBITAILLE
    Special Assistant U.S. Attorney
    Civil Division
    555 Fourth St., N.W.
    Washington, D.C. 20530

on this 2nd day of December 2005.

                              _____
                              Gilbert Bland (Pro-Se)
                              4725 Dorsey Hall Dr., A504
                              Ellicott City, MD 21042
                              (410) 300-6502