UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILBERT BLAND   (Pro-Se)              :
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042               :
(410) 300-6502
      Plaintiff,
    -vs-                              :  CIVIL ACTION NO. 05-2143HHK

SECRETARY OF THE ARMY                 :  **ORDER** (CM/ECF ACCESS)
The Pentagon
Room 3C718                            :
Washington, DC 20310
      Defendant            :

Upon motion of the plaintiff in the above entitled action, for permission to use the CM/ECF case filing system, it is on this ____ day of _____, 200_, ORDERED that the plaintiff's motion is GRANTED, and that the clerk will issue the plaintiff such UserID/Password and access information as is necessary for him to use the CM/ECF system in order to transmit and receive filings in the case.

                                                                  _____
                                                                   HENRY H. KENNEDY, JR.