UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILBERT BLAND,**<br><br>      Plaintiff,<br><br>   v.<br><br>**SECRETARY OF THE ARMY,**<br><br>      Defendant. | Civil Action 05-02143 (HHK) |

O R D E R

Upon motion of the plaintiff in the above-entitled action, for permission to use the CM/ECF case filing system, it is on this 13th day of December, 2005,

**ORDERED** that the plaintiff's motion is GRANTED, and the clerk will issue the plaintiff such UserID/Password and access information as is necessary for him to use the CM/ECF system in order to transmit and receive filings in the case.

                                                                      Henry H. Kennedy, Jr.
                                                                      United States District Judge