UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GILBERT BLAND (Pro-Se) : ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| -vs- : ) | CIVIL ACTION NO. 05-2143 (HHK) | |
| ) | | |
| SECRETARY OF THE ARMY : ) | PLAINTIFF'S RESPONSE TO | |
| ) | DEFENDANT'S MOTION FOR AN | |
| Defendant. ) | ENLARGEMENT OF TIME | |

Comes the plaintiff in the above entitled action, Gilbert Bland, in proper person, and in response to defendant's motion for an enlargement of time within which to answer, move, or otherwise respond, filed in this case on the 11th of January says as follows:

1. The plaintiff has no objection to the defendant's motion aforesaid, or of the Court's allowing the enlargement of time, as requested by the defendant to the 13th of February, 2006.

RESPECTFULLY SUBMITTED,

_____/s/_____
GILBERT BLAND (Pro-Se)
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042
(410) 300-6502