UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILBERT BLAND (Pro-Se) :          )
                                  )
            Plaintiff,            )
                                  )
        -vs- :                    )      CIVIL ACTION NO. 05-2143
                                  )
SECRETARY OF THE ARMY :           )
                                  )
            Defendant.            )
_____)

## **DEFAULT**

It appearing that the above named defendant, SECRETARY OF THE ARMY, has failed to plead, or otherwise defend this action though duly served with summons and copy of complaint on the 13th day of November, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this_____day of_____, 2006 declared that the SECRETARY OF THE ARMY, defendant herein, is in default.

                                        Nancy M. Mayer-Whittington, Clerk


                                        By_____
                                              Deputy Clerk