UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se) : )<br>)<br>Plaintiff, )<br>)<br>-vs- : )<br>)<br>SECRETARY OF THE ARMY : )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO. 05-2143 (HHK) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 13th day of February, 2006 that:

(1). I am the plaintiff, PRO SE in the above entitled case;

(2). That the defendant SECRETARY OF THE ARMY was served via registered or certified mail pursuant to provisions of Rule 4 (C)(ii) of the Federal Rules of Civil Procedure on November 13th, 2005;

(3). That the attorney for the defendant SECRETARY OF THE ARMY, Mr. Kevin K. Robitaille, entered his appearance as counsel for the defendant on November 23, 2005;

(4). That on January 11, 2006 counsel for the defendant, SECRETARY OF THE ARMY sought an extension of time within which to respond to the complaint, which motion was unopposed by the plaintiff;

(5). That in an oral order by the COURT, the time for answering or otherwise responding to the complaint was extended thirty (30) days, until February 13, 2006, which time has now expired without an answer or other response being filed by the defendant.

(6). The defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

_____/s/_____
Gilbert Bland, Plaintiff (Pro-Se)
4725 Dorsey Hall Dr., A504

Ellicott City, MD 21042
(410) 300-6502