IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILBERT BLAND** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:05CV2143 (HHK) |
| **SECRETARY OF THE ARMY** | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, in Part, and for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 2006.

                                                        Henry H. Kennedy
                                                       United States District Judge

Copies to:

GILBERT BLAND
4725 Dorsey Hall Drive
A504
Ellicott City, MD 21042

Kevin K. Robitaille
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20044