IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se) | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 05-2143 (HHK) |
| | ) |
| SECRETARY OF THE ARMY | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant hereby advises the Court that it will file its Administrative Record in the

Clerk's office in CD-ROM format.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2006, I caused the foregoing Notice of

Filing and the Administrative Record in the above captioned case to be served on plaintiff,

postage prepaid, addressed as follows:


GILBERT BLAND (Pro-Se)
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042


KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780