# UNITED STATES DISTRICT COURT

District of COLUMBIA

GILBERT BLAND (PRO-SE)

V.

SECRETARY OF THE ARMY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV02143

JUDGE: Henry H. Kennedy

DECK TYPE: Administrative Agency Rev[iew]

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

U.S. ATTORNEY - CIVIL DESK
501 3RD ST., N.W., 4TH FLOOR
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

GILBERT BLAND
4725 DORSEY HALL DR.
A 504
ELLICOTT CITY, MD 21042-

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

NOV 0 2 2005

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  
DATE: 11/09/2005

NAME OF SERVER (PRINT): GILBERT BLAND  
TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED, RETURN REQUESTED U.S. MAIL  
# 7005-1820-0002-6592-6913  
7005-1820-0002-6591-9571  
7005-1820-0002-6592-6890

## STATEMENT OF SERVICE FEES

TRAVEL | SERVICES $16.02 | TOTAL $16.02

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/15/06  
Date

Signature of Server: Gilbert Bland

4725 DORSEY HALL DR., A504  
ELLICOTT CITY, MD. 21042  
Address of Server  
(410) 300-6502

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.