Case 1:05-cv-02143-HHK   Document 12-3   Filed 03/03/2006   Page 1 of 3

PLAINTIFF'S EXHIBIT 12-A
-------------------------

# Carter Signs Bill to Toughen Eligibility for Veterans' Aid

*Washington Post Service*

WASHINGTON — After seriously considering using his first veto, President Carter Saturday signed into a law a bill that denies automatic eligibility for benefits to some 16,000 Vietnam-era veterans who have had their military discharges upgraded.

Critics have assailed the bill as stripping away the practical value of Carter's upgrading program and said Saturday that they would challenge the constitutionality of one provision of the law.

President assistant Stuart Eizenstadt said Carter was concerned about parts of the bill but finally decided against a veto. "It was a close question," Eisenstadt said. "But this (automatic eligibility for benefits) was not the core of our program."



**EIZENSTADT**

THE PURPOSE of the program was to give veterans who had less than honorable discharges a chance to get them upgraded. Veterans with so-called "bad paper" often have complained of having trouble finding good jobs.

About 60,000 of the some 400,000 veterans with general or undesirable discharges applied for the upgrading reivew before the Carter program ended last week. About 28,000 of those have been processed so far, with some 16,000 approved for upgrading, a White House aide said Saturday.

A "side effect" of the upgrading program was automatic eligibility for veterans' health and education benefits, Eizenstadt said. But the bill Carter signed requires a case-by-case review for all 16,000 who have been upgraded, whether or not they ever plan to seek VA benefits.

One White House aide said that less than 100 of these veterans are receiving such benefits. But the Rev. Barry Lynn of the United Church of Christ, who has been lobbying against the bill, said Saturday that 2,300 such veterans have applied so far.

**LYNN ESTIMATED** that about half of the 16,000 holders of upgraded discharges will lose their eligibility when they undergo the new review process.

In his statement upon signing the measure, Carter noted "positive benefits" in the bill, including allowing all veterans, not just those from the Vietnam era, apply to have their discharges upgraded.

The law also makes veterans with less than honorable discharges qualify for health care benefits for injuries suffered while on duty, the President said.

Carter expressed his strongest reservations toward a provision in the bill that completely bars benefit eligibility to those upgraded who were absent for more than 180 days and thus technically considered deserters.

Carter said that "very few" upgraded veterans were in this category and the Veterans Administration could waive the barrier for mitigating circumstances.

The Justice Department advised him, he said, that the provision "is probably unconstitutional."

## NO VA BENEFITS

# Meanness Of Vietnam Survives

### BY MARY McGRORY

WASHINGTON — It says everything about the Vietnam war that only one grunt participated in the acrimonious debate over canceling funds to extricate the veterans still stuck in its mire.

Rep. John P. Murtha, D-Pa., the House's sole ground combat veteran of that unending conflict, told his colleagues emotionally, "I do not know that there is one other person who saw the tragedy and suffering these young fellows went through while everybody back here in this Congress were in their air-conditioned offices telling those soldiers what to do."



McGrory

But the House, exhibiting that particular meanness that Vietnam has always brought out in its perpetrators and defenders, voted in its air-conditioned chamber, 273-176, against the poor devils who might get their discharges upgraded—and receive veterans' benefits—under a special review program set up by President Carter in April.

The sponsor of the latest vindictiveness is Rep. Robin Beard, R-Tenn., a member of the Marine Reserve, who reports that his old comrades are terribly exercised about Carter's program—which provides for a case-by-case review of Vietnam veterans' voluminous "bad paper."

His drive to deny VA benefits to those who improve their discharges through the Carter program has, he proudly told the House, the complete approval of the Veterans of Foreign Wars and the American Legion. So did the war, of course.

It is entirely appropriate that the House, which throughout the bitter Vietnam years functioned like an American Legion post, should still be acting like one. Their concern for the "good" veterans never extends to doing anything handsome for them.

Carter of trying to use veterans' benefits as "a tool... to solve social ills... trying to address the problems of unemployment, poverty and institutionalized racism."

Nobody reminded Hillis that during the Johnson years under the infamous "Project 100,000," the Department of Defense used the draft as a social tool to bring ghetto residents and minority representatives up to Army standards so they could go fight in Vietnam in the place of the sons of congressmen and other well-situated white people who refused to go.

Rep. Edward I. Koch, D-N.Y., asked, "When will we finally bring the Vietnam war, which has divided this country for so long, to a close?"

Koch is one of those few in the House who favored unconditional amnesty, a step that Jimmy Carter, who supported the war during the critical years, could not bring himself to take.

His modest program afforded a little light at the end of the tunnel for 432,530 veterans with bad discharges by providing for an accelerated case-by-case review and a crack at veterans' benefits. The program so far has attracted only 40,000 applicants. Congress declined to give the president money to advertise the program, and further official hostility will serve to blight it further.

What sustains those who do not believe these men have suffered enough is the fiction that Vietnam was a war like any other.

Murtha passionately explained the difference:

"There was tremendous criticism at home, and many of the men slinked back home ashamed to wear their uniforms. They were embarrassed to admit they served in Vietnam. It is a terrible feeling for a man who served his country to come back here and receive criticism for fighting."

The debate explains why Vietnam will not go away.

The only person who can rescue the veterans with the bad paper and end the war is the commander in chief. Carter lately has been saying that Vietnam was the result of "intellectual and moral poverty." He should say that congressional refusal to help the living casualties is more of the same.