

**DEPARTMENT OF VETERANS AFFAIRS**
Baltimore Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201

MAR 21 2001

GILBERT BLAND
31754 -202 PINE ORCHARD LANE
ELLICOTT CITY MARYLAND 21042

In Reply Refer To: 313/21
CSS 27 476 077
BLAND, Gilbert

Dear Mr. Bland:

We have reviewed the records concerning your discharge and determined that your military service doesn't entitle you to VA benefits.

**What This Means To You**

This decision means that you are not eligible for any VA benefits.

However, you may be eligible for treatment at a VA hospital. VA can treat you for any condition determined to be caused or aggravated by your military service. You should apply for treatment at the nearest VA Medical Center or Outpatient Treatment Clinic. If you apply in person, please bring this letter. If you apply by letter, include your VA file number on your letter.

**If You Have Questions**

If you have any questions, call us toll-free by dialing 1-800-827-1000. Our TDD number for the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

Sincerely yours,

A. Miro
Veterans Service Center Manager

Enclosure(s): Previously submitted medical evidence

cc: VVA