UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se):  )<br>  )<br>           Plaintiff,  )<br>  )<br>-vs- :  )<br>  )<br>SECRETARY OF THE ARMY:  )<br>  )<br>           Defendant.  )<br>  ) | CIVIL ACTION NO. 05-2143 (HHK) |

### **ORDER**

Upon consideration of the defendants' Motion to Dismiss, in Part, and for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is this_____day of_____, 2006,

ORDERED that Defendant's motion is denied.

Done and Ordered this_____day of_____, 2006.

_____
Henry H. Kennedy
United States District Judge

Copies to:
Kevin Robitaille, Asst. U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530