UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se):   )<br>                                                     )<br>            Plaintiff,   )<br>                                                     )<br>     -vs- :                                  )<br>                                                     )<br>SECRETARY OF THE ARMY:   )<br>                                                     )<br>            Defendant.   )<br>                                                     ) | CIVIL ACTION NO. 05-2143 (HHK) |

## MOTION TO SEAL

Comes the Plaintiff in the above entitled action and pursuant to Local Rule of Civil Procedure LCvR 5.1 (j)(1) moves the Court to direct the Clerk to keep the compact disc titled "Administrative Record," filed by the Defendant, under seal.

In support of his motion, the plaintiff would show the court that the said "Administrative Record" contains both medical records[1] and psychiatric examinations and diagnosis by doctors at the Veteran's Administration and private physicians.

Respectfully Submitted

_____/s/_____

Gilbert Bland, Pro-Se
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042
(410) 300-6502

---

[1] Plaintiff's enlistment and discharge physical examinations, as well as notes when he was hospitalized in Vietnam, etc.