UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se): ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- : ) | CIVIL ACTION NO. 05-2143 (HHK) |
| ) | |
| SECRETARY OF THE ARMY: ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Plaintiff's motion to keep the compact disc (CD) "Administrative Record" previously filed by the Defendant, under seal, and any opposition thereto, it is this_____day of_____, 2006 ORDERED that Plaintiff's motion is GRANTED and the Clerk is directed to keep the compact disc titled "Administrative Record" under seal.

_____
Henry H. Kennedy
United States District Judge