IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se) )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECRETARY OF THE ARMY )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2143 (HHK) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REPLY**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. challenging his characterization of service in his discharge from the United States Army. Defendant's reply to Plaintiff's opposition to Defendant's motion to dismiss in part and for summary judgment is currently due March 13, 2006. Defendant respectfully moves this Court for a seven (7) day enlargement of time through and including March 20th, 2006, within which to file its reply. Good cause exists to grant this motion:

1. Undersigned counsel for Defendants has been diligently working on this matter; however, other Court obligations, including oral argument in the Court of Appeals for the D.C. Circuit on Friday March 10th in the case Tootle v. Secretary of the Navy, prevents counsel from completing the reply by the deadline

2. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

3. This is the first enlargement of time sought regarding this filing.

5.  Plaintiff has consented to this request.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney

_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILBERT BLAND (Pro-Se)** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2143 (HHK) |
| ) | |
| **SECRETARY OF THE ARMY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Enlargement of Time to file its reply to plaintiff's opposition to defendant's motion to dismiss for lack of jurisdiction, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including March 20th, 2006, to file its reply.

Dated this _____ day of _____, 2006.

Henry H. Kennedy
United States District Judge

Copies to:

GILBERT BLAND
4725 Dorsey Hall Drive
A504
Ellicott City, MD 21042

Kevin K. Robitaille
U.S. ATTORNEY'S OFFICE

555 Fourth Street, NW  
Washington, DC 20044

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

GILBERT BLAND (Pro-Se)
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042


on this _____ day of March, 2006.


                                              _____/s/_____
                                              KEVIN K. ROBITAILLE
                                              Special Assistant U.S. Attorney
                                              Civil Division
                                              555 Fourth St., N.W.
                                              Washington, D.C.  20530
                                              202-353-9895  / FAX 202-514-8780