UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se): | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- : | )   CIVIL ACTION NO. 05-2143 (HHK) |
| | ) |
| SECRETARY OF THE ARMY: | ) |
| | ) |
| Defendant. | ) |

**MOTION TO SEAL**

Comes the Plaintiff in the above-entitled action and pursuant to Local Rule of Civil Procedure LCvR 5.1 (j)(1) moves the Court to direct the Clerk to keep the compact disc titled "Administrative Record," filed by the Defendant, under seal.

In support of his motion, the Plaintiff would show the Court that the said "Administrative Record" contains both medical records[1] and diagnosis by doctors at the Veteran's Administration and private physicians.

The Plaintiff further states in support of his motion, and pursuant to Local Rules of Civil Procedure, that he has spoken with Counsel for the Defendant and that said Counsel is unopposed to this motion.

For the foregoing reasons, the Plaintiff respectfully requests that the Court grant his motion to seal the "Administrative Record" submitted in this case.

---

[1] Including Plaintiff's enlistment and discharge physical examinations, as well as notes when he was hospitalized in Vietnam, etc.

1

2

                                  RESPECTFULLY SUBMITTED,

                          _____/s/_____
                          Gilbert Bland, Plaintiff, Pro-Se
                          4725 Dorsey Hall Dr., A504
                          Ellicott City, MD 21042
                          (410) 300-6502