UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se):         )  | |
|                        Plaintiff,         )  | |
| -vs- :                                            )  | CIVIL ACTION NO. 05-2143 (HHK) |
| SECRETARY OF THE ARMY:       )  | |
|                       Defendant.       )  | |

**MOTION FOR LEAVE TO FILE SURREPLY**

      Comes the Plaintiff in the above entitled action, In Proper-Person, and prays for Leave to file a Surreply in response to "Defendant's Reply To Plaintiff's Opposition To Defendant's Motion to Dismiss, In Part, And For Summary Judgment." In support of his motion, the Plaintiff states as follows:

      1. A new defense theory has been raised in "Defendant's Reply To Plaintiff's Opposition To Defendant's Motion to Dismiss, In Part, And For Summary Judgment" in that the Defendant claims the Plaintiff was not entitled to counsel in his AR 635-200 Ch. 10 discharge proceeding. Plaintiff wishes to address this issue in his surreply.

      2. The Plaintiff has discussed the filing of his surreply with defense counsel who advised the Plaintiff that he would reserve judgment as to whether to oppose this Motion for Leave to File Surreply until he has seen the document.

1

Wherefore, the Plaintiff respectfully Grants his Motion for Leave to File a Surreply.

Respectfully Submitted,

_____/s/_____
Gilbert Bland, Pro-Se
4725 Dorsey Hall Dr., A504
Ellicott City, MD 21042
(410) 300-6502