UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se): ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- : ) | CIVIL ACTION NO. 05-2143 (HHK) |
| ) | |
| SECRETARY OF THE ARMY: ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon consideration of the Plaintiff's Motion For Leave to File Surreply, and any opposition thereto, and the Court having considered the entire record herein, it is this_____day of_____, 2006,

ORDERED that Plaintiff's Motion is Granted.

Done and Ordered this_____day of_____, 2006.

_____
Henry H. Kennedy
United States District Judge

Copies to:
Kevin Robitaille, Asst. U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530