Data Required by the Privacy Act of 1974 (5 USC 552a)

AUTHORITY: Section 301, title 5 United States Code and section 3013, title 10, United States Code.

PURPOSE: To be used by the commander exercising general court-martial jurisdiction over you to determine approval or disapproval of your request for discharge in lieu of trial by court-martial.

ROUTINE USES: Request, with appropriate documentation, including the decision of the discharge authority, will be filed in the MPRJ as permanent material and disposed of in accordance with AR 600-8-104 and may be used by other appropriate Federal agencies and State and local governmental activities where use of the information is compatible with the purpose for which the information was collected.

Submission of a request for discharge is voluntary. Failure to provide all or a portion of the requested information may result in your request being disapproved.

(Date)

SUBJECT: Request for Discharge in Lieu of Trial by Court-martial

TO:

1. I hereby voluntarily request discharge in lieu of trial by court-martial under AR 635-200, chapter 10. I understand that I may request discharge in lieu of trial by court-martial because of the following charge(s) that (has) (have) been preferred against me under the Uniform Code of Military Justice, each of which authorize(s) the imposition of a bad conduct or dishonorable discharge:

2. I am making this request of my own free will and have not been subjected to any coercion whatsoever by any person. I have been advised of the implications that are attached to it. By submitting this request for discharge, I acknowledge that I understand the elements of the offense(s) charged and I am guilty of the charge(s) against me or of (a) lesser included offense(s) therein contained that also authorize(s) the imposition of a bad conduct or dishonorable discharge. Moreover, I hereby state that under no circumstances do I desire further rehabilitation, for I have no desire to perform further military service.

3. Prior to completing this form, I was afforded the opportunity to consult with appointed counsel for consultation. (In addition, I have consulted with (military counsel of my own choice who was reasonably available) (civilian counsel retained at no expense to the Government1)) (Although I have been advised to see consulting counsel, I persist willfully in my refusal to see him/her.2) (I have consulted with counsel for consultation who has fully advised me of the nature of my rights under the Uniform Code of Military Justice, the elements of the offense(s) with which I am charged, any relevant less included offense(s) thereto and the facts that must be established by competent evidence beyond a reasonable doubt to sustain a finding of guilty, the possible defenses that appear to be available at this time, and the maximum permissible punishment if found guilty, and of the legal effect and significance of my suspended discharge.3) (Although he/she has furnished me legal advice, this decision is my own,) (I understand that, pursuant to a delegation of authority per paragraph 1-191 my request for discharge in lieu of trial by court-martial may be approved by the commander exercising special court-martial convening authority (a lower level of approval than the general court-martial convening authority or higher authority), but the authority to disapprove a request for discharge in lieu of trial by court-martial may not be delegated.4)

Figure 10-1. Sample format for discharge in lieu of trial by court-martial

4. I understand that if my request for discharge is accepted, I may be discharged under conditions other than honorable. I have been advised and understand the possible effects of an Under Other Than Honorable Conditions Discharge and that as a result of the issuance of such a discharge I will be deprived of many or all Army benefits, that I may be ineligible for many or all benefits administered by the Department of Veterans Affairs, and that I may be deprived of my rights and benefits as a veteran under both Federal and State law. I also understand that I may expect to encounter substantial prejudice in civilian life because of an Under Other Than Honorable Conditions Discharge. I further understand that there is no automatic upgrading or review by any Government agency of a less than honorable discharge and that I must apply to the Army Discharge Review Board or the Army Board for Correction of Military Records if I wish review of my discharge. I realize that the act of consideration by either board does not imply that my discharge will be upgraded.

5. I understand that once my request for discharge is submitted, it may be withdrawn only with consent of the commander exercising general court-martial authority or without that commander's consent in the event trial results in an acquittal or the sentence does not include a punitive discharge even though one could have been adjudged by the court. Further, I understand that if I am absent without leave, this request may be processed, and I may be discharged even though I am absent.

6. I have been advised that I may submit any statements I desire in my own behalf, which will accompany my request for discharge. Statements in my own behalf (are) (are not) submitted with this request.

7. I hereby acknowledge receipt of a copy of this request for discharge and of all enclosures submitted herewith.

*(Signature of respondent)*
*(Typed name, SSN, grade)*

Having been advised by me of (the basis for his/her contemplated trial by court-martial and the maximum permissible punishment authorized under the Uniform Code of Military Justice) (the significance of his/her suspended sentence to a bad conduct or dishonorable discharge), of the possible effects of an Under Other Than Honorable Conditions Discharge if this request is approved; and of the procedures and rights available to him/her, (name of soldier) personally made the choice indicated in the foregoing request for discharge for the good of the Service.

*(Signature of counsel)*
*(Typed name, SSN, grade, branch)*

[1] To be used when appropriate. Such counseling is not to be used in lieu of consultation with consulting counsel.

[2] To be used only when a soldier under military control refuses to consult with consulting counsel. (See para 10-2c.)

[3] To be used in all cases when a soldier had consulted with consulting counsel.

[4] To be used when authority to approve a request for discharge in lieu of court martial has been delegated per paragraph 1-19l.

Figure 10–1. Sample format for discharge in lieu of trial by court-martial—Continued