UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILBERT BLAND,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**SECRETARY OF THE ARMY,**<br><br>　　　　　　**Defendant.** | Civil Action 05-02143 (HHK) |

# O R D E R

Upon consideration of the plaintiff's motion to keep the compact disc (CD) "Administrative Record" previously filed by the defendant, under seal, and any opposition thereto, it is this 4th day of April, 2006, hereby,

**ORDERED**, that plaintiff's motion is granted, and the Clerk of the Court is directed to keep the compact disc titled "Administrative Record" under seal.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge