UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT BLAND (Pro-Se): ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- : ) | CIVIL ACTION NO. 05-2143 (HHK) |
| ) | |
| SECRETARY OF THE ARMY: ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO RULE ON**
**DEFENDANT'S MOTION TO DISMISS**

Comes the Plaintiff in the above-entitled action and respectfully requests that this Court rule on the Defendant's "Motion to Dismiss and for Summary Judgment" filed herein on February 16th 2006. In support of his motion, the plaintiff would show the court as follows:

1. Defendant filed his motion to dismiss on February 16, 2006.

2. On March 3, 2006, the Plaintiff filed his opposition to the Defendant's motion, supported by memorandum of law and a statement of material facts in dispute.

3. Defendant filed his reply to the Plaintiff's opposition to his 'Motion to Dismiss, etc.' on March 20, 2006.

4. Finally, on May 9, 2006, in response to Plaintiff's motion to file a surreply, this Court Granted plaintiff's motion and the surreply was filed by the clerk.

    5.   The Plaintiff, before filing the instant motion, has communicated his intention to the defendant through his attorney, Mr. Kevin Robitaille, and his response was that the Defendant had no position.

The plaintiff is fully aware that this Court is under no obligation to rule upon a motion within a given amount of time, however, in the interests of justice, would respectfully pray that the Court rule on the Defendant's motion at it's earliest convenience.

In lieu of providing a 'proposed order' for the instant motion, the Plaintiff would show that the proposed orders filed by the Defendant on February 16, 2006 Granting the Defendant's Motion to Dismiss, etc., and the Plaintiff's proposed order filed on March 3, 2006, Denying the Defendant's Motion to Dismiss, etc., would be sufficient in addressing the instant motion. Moreover, being unschooled in the law, the Plaintiff would not suggest that the Court would Order itself to do something.

October 18, 2006                        RESPECTFULLY SUBMITTED,

                                                              /s/
                                     Gilbert Bland, Plaintiff, Pro-Se
                                     4725 Dorsey Hall Dr., A504
                                     Ellicott City, MD 21042
                                     (410) 300-6502

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day October, 2006, a true and correct copy of the foregoing "Plaintiff's Motion to Rule on Defendant's Motion to Dismiss"has been provided to the Defendant through his attorney, Mr. Kevin Robitaille, Assistant U.S.

Attorney, Civil Division, 555 Fourth St., N.W., Washington, D.C. 20530, through the Court's Electronic Case Filing System.

                                                                       /s/
                                      Gilbert Bland, Plaintiff, Pro-Se
                                        4725 Dorsey Hall Dr., A504
                                        Ellicott City, MD 21042
                                        (410) 300-6502