UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GILBERT BLAND,**

        **Plaintiff,**

    **v.**     Civil Action 05-02143 (HHK)

**SECRETARY OF THE ARMY,**

        **Defendant.**

## JUDGMENT

For the reasons set forth in the court's memorandum opinion docketed this same day, it is this 23rd day of March, 2007, hereby

**ORDERED** that defendant's motion to dismiss in part and for summary judgment [#8] is **GRANTED**; and it is further

**ORDERED** that judgment be entered in favor of defendant.

Henry H. Kennedy, Jr.
United States District Judge